# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | Honorable Joseph A. Dickson |
| | : | |
| LARRY ORTIZ, | : | Mag. No. 20-8455 |
| a/k/a "Savage" | : | |

I, Matthew Popowicz, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Task Force Officer with the Drug Enforcement Administration and that this complaint is based on the following facts:

### SEE ATTACHMENT B

_Matthew Popowicz_
Matthew Popowicz, Task Force Officer
U.S. Drug Enforcement Administration

Task Force Officer Popowicz attested to this Complaint
by telephone pursuant to F.R.C.P. 4.1

| | | |
|---|---|---|
| November 17, 2020 | at | District of New Jersey |
| Date | | County and State |

HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE

_Honorable Joseph A. Dickson_
Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Possession with Intent to Distribute Methamphetamine)

On or about November 17, 2020, in Union County, in the District of New Jersey and elsewhere, the defendant,

**LARRY ORTIZ,**
**a/k/a "Savage,"**

knowingly and intentionally did possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 17, 2020, in Union County, in the District of New Jersey and elsewhere, the defendant,

**LARRY ORTIZ,**
**a/k/a "Savage,"**

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute 50 grams or more of methamphetamine, did knowingly possess a firearm, namely a Smith & Wesson model SW40VE .40 caliber pistol, bearing serial number RBZ4980, loaded with fourteen rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**ATTACHMENT B**

I, Matthew Popowicz, am a Task Force Officer with the Drug Enforcement Administration. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Based on information acquired during an ongoing narcotics investigation, law enforcement obtained a warrant to search the residence of Larry Ortiz ("ORTIZ") on or about November 16, 2020. Law enforcement executed the warrant on November 17, 2020 and encountered ORTIZ at the residence during the search.

2. During the search of ORTIZ's residence, law enforcement recovered, among other items, approximately 300 grams of a substance that field-tested presumptively positive for the presence of methamphetamine, a Smith & Wesson model SW40VE .40 caliber pistol, bearing serial number RBZ4980 (the "Firearm"), loaded with fourteen rounds of .40 caliber ammunition, and other assorted ammunition. The Firearm and the controlled substances were stored together in an unlocked locked closet, amid personal items of ORTIZ.